REMLE H. LEIDENGER et al., Appellants, v. TOWNSEND B. PETTIT et al., Respondents, Impleaded with Others.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to affirm.

LURLEEN JACKSON, Respondent, v. EDWARD E. JACKSON, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

COMMISSIONERS OF THE STATE INSURANCE FUND, Appellants, v. CITY CHEMICAL CORPORATION, Respondent and Appellant, and AKATOS, INC., Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore and Cohn, JJ., dissent and vote to reverse and grant a new trial as to all defendants.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Plaintiff, v. KATHERYN GERVASINI, Appellant, and MARGARET RUA, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [178 Misc. Rep. 121.]

CHARLES GOTTLIEB, Appellant, v. VILKO LARIC, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

PHILIP OXMAN, Appellant v. MADISON SQUARE GARDEN CORPORATION et al., Respondents.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of TRANSIT COMMISSION et al., Respondents, against THE LONG ISLAND RAIL ROAD COMPANY et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Townley and Callahan, JJ., dissent. [178 Misc. Rep. 290.]

ELEANOR DALTON, Respondent, v. COSTES DRITRAS, as President, and SAM KRAMBERG, as Treasurer of Cafeteria Employees Union, Local 302, Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.